1  GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
   38 Discovery, Suite 200
2  Irvine, California 92618
   Telephone: (949) 753-0255
3  Facsimile: (949) 753-0265
   Electronic Service: eservice@g3pmlaw.com
4  Attorney: Matthew M. Proudfoot, SBN: 155988

5  Attorney for Defendant, FCA US LLC

6  BARRY LAW FIRM
   11845 W. Olympic Blvd., Suite 1270
7  Los Angeles CA 90064
   Telephone: (310) 684-5859
8  Facsimile: (310) 862-4539
   Attorney: David Barry, Esq., SBN: 219230
9
10 Attorneys for Plaintiffs, GILBERTO MONTIEL and ALLYSSA ESCALANTE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO MONTIEL, an individual; ALLYSSA ESCALANTE, an individual,<br><br>           Plaintiffs,<br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive<br><br>           Defendants. | Case No: 8:21-cv-01803-JLS-DFM<br>Dist Judge: Josephine L. Staton<br>Mag Judge: Douglas F. McCormick<br>Courtroom: 10A<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

   PLEASE TAKE NOTICE that Plaintiffs Gilberto Montiel and Allyssa Escalante and Defendant FCA US LLC, (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.

///

Once all terms of the settlement are completed and payment is received by Plaintiffs and after payment of Plaintiffs' attorneys' fees, costs and expenses, to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Dated: December 9, 2021  **THE BARRY LAW FIRM**

By: */s/ David Barry* _____ \_\_\_
David Barry
Attorneys for Plaintiffs, GILBERTO MONTIEL and ALLYSSA ESCALANTE

Dated: December 9, 2021  **GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP**

By: */s/ Matthew M. Proudfoot* _____
Matthew M. Proudfoot
Attorneys for Defendant, FCA US LLC

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

*/s/Heidi Dufour*

Heidi Dufour